IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. _____

| | |
|---|---|
| JOSEPH COTHREN,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL PROPERTY INSURANCE COMPANY,<br><br>    Defendant. | **NOTICE OF REMOVAL** |

Please take notice that Defendant, Universal Property & Casualty Insurance Company ("Defendant"), by and through undersigned counsel, hereby removes this action from the Superior Court of Alexander County, North Carolina to the United States District Court for the Western District of North Carolina, Statesville Division.

**NATURE OF THE ACTION**

On or about April 5, 2022, Plaintiff Joseph Cothren ("Plaintiff") filed a Complaint against Defendant for breach of contract in the Superior Court of Alexander County. True and accurate copies of Plaintiff's Summons and Complaint are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. As alleged in Plaintiff's Complaint, on or about October 13, 2021, Plaintiff's property suffered damage due to wind and hail. Defendant had issued a homeowner's insurance policy to Plaintiff, bearing policy number 4201-2000-7397, which was in effect on the date of the alleged incident. Plaintiff alleges that Defendant improperly denied his claim, breaching the terms of the insurance policy.

1

Case 5:22-cv-00068-KDB-DSC     Document 1     Filed 05/26/22     Page 1 of 5

## NOTICE OF REMOVAL IS TIMELY

Pursuant to 28 U.S.C. § 1445(b), this Notice of Removal is timely as it was filed within 30 days of service of process on Defendant. "The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…" 28 U.S.C. § 1446(b) (1996). Defendant has not yet been properly served with process. Therefore, this Notice of Removal is timely filed.

## FEDERAL JURISDICTION EXISTS

As stated in 28 U.S.C. § 1441(a), cases that are subject to removal include "any civil action brought in a State court of which the district courts of the United States have original jurisdiction..." 28 U.S.C. § 1441(a).

Pursuant to 28 U.S.C. § 1332(a), as set forth below, complete diversity exists and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Accordingly, this Court has federal diversity jurisdiction over this civil action. See 28 U.S.C. § 1332(a).

### I. Complete Diversity Exists Between Plaintiff and Defendant

Plaintiff is a citizen resident of Alexander County, North Carolina. Exhibit 1 at ¶ 2. Defendant is a corporation organized and existing under the laws of the state of Florida. As Plaintiff is a citizen and resident of North Carolina, while Defendant is a foreign corporation, and not a citizen of North Carolina, complete diversity exists between the parties.

### II. The Amount in Controversy Exceeds $75,000.00

Plaintiff's Complaint contends that Plaintiff is entitled to damages as a result from Defendant's alleged acts and omissions. *See* Exhibit 2. While Plaintiff does not specify the amount of damages he is seeking in the Complaint, Plaintiff seeks proceeds from the contract of

insurance issued to Plaintiff by Defendant, which has coverage limits of at least $270,107.00 for damage to the insured dwelling (Coverage – A). See copy of prior Policy Declarations Page attached hereto as **Exhibit 3**, with premium information redacted. Given the nature of Plaintiff's claims and request for damages, it is clear that the relief Plaintiff seeks in this action exceeds $75,000.00 exclusive of interest and costs.

## REMOVAL TO THIS DISTRICT IS PROPER

Venue is proper in the United States District Court for the Western District of North Carolina because the Superior Court of Alexander County, North Carolina sits within this federal district. *See* 28 U.S.C. § 1391(a).

## CONSENT AND REMOVAL REQUIREMENTS

Although Defendant has not been properly served with the Complaint, process, or any orders, pursuant to 28 U.S.C. § 1446(a), copies of all known process, pleadings, and orders in this matter are attached hereto as Exhibits 1 through 2. Only one Defendant is named, so consent of all Defendants is achieved. This Notice of Removal will be promptly served on Plaintiff, and a notice of its filing will be promptly filed with the Clerk of the Superior Court of Alexander County, North Carolina, pursuant to 28 U.S.C. § 1446(d).

## RESERVATION OF RIGHTS

Defendant hereby reserves any and all rights to assert any defenses to Plaintiff's Complaint. Defendant hereby reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant, by and through undersigned counsel, hereby gives notice that the above-entitled matter has been timely removed to this Court.

This the 26th day of May, 2022.

                                                 s/ John T. Jeffries
                                                 JOHN T. JEFFRIES, Bar No: 22134
                                                 SHARON Y. SUH, Bar No: 51683
                                                 Attorneys for Universal Property and
                                                 Casualty Insurance Company
                                                 McAngus Goudelock & Courie, PLLC
                                                 Post Office Box 30307
                                                 Charlotte, North Carolina 28230
                                                 Phone: (704) 643-6303
                                                 Fax: (704) 643-2376
                                                 Email: jjeffries@mgclaw.com
                                                 Email: sharon.suh@mgclaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing and have served the foregoing document by USPS regular mail to the following:

>Email: lhadzic@thedesirlawfirm.com
>Lejla Hadzic
>The Desir Law Firm, P.A.
>19924 Jetton Road, Suite 201
>Cornelius, North Carolina 28031
>Attorney for Joseph Cothren

This the 26th day of May, 2022.

>s/ John T. Jeffries
>JOHN T. JEFFRIES, Bar No: 22134
>SHARON Y. SUH, Bar No: 51683
>Attorneys for Universal Property and
>Casualty Insurance Company
>McAngus Goudelock & Courie, PLLC
>Post Office Box 30307
>Charlotte, North Carolina 28230
>Phone: (704) 643-6303
>Fax: (704) 643-2376
>Email: jjeffries@mgclaw.com
>Email: sharon.suh@mgclaw.com