IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:22-CV-68

JOSEPH COTHREN,

    Plaintiff,

v.

UNIVERSAL PROPERTY INSURANCE COMPANY,

    Defendant

**CONSENT ORDER OF REMAND**

    This matter is before the Court on the Parties' representation to the Court that they have agreed to remand this action to North Carolina state court based on the alleged damages failing to meet or exceed the jurisdictional limit required for diversity jurisdiction in the United States District Court. Accordingly, upon both Plaintiff's and Defendant's consent to the remand of this case, the Court hereby remands this matter to the North Carolina District Court for Alexander County.

    **SO ORDERED**.

Signed: July 27, 2022

Kenneth D. Bell
United States District Judge